882 So.2d 1130 (2004)
Michael PETRANICK and his Wife, Karen Loup Petranick
v.
WHITE CONSOLIDATED INDUSTRIES, Karl S. Steimle and Reliance National Indemnity Company.
No. 2004-C-1444.
Supreme Court of Louisiana.
September 24, 2004.
In re White Consolidated Industries et al.; Steimle, Karl S.;  Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial *1131 District Court Div. C, No. 540-682; to the Court of Appeal, Fifth Circuit, No. 03-CA-1424.
Denied.